**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: December 17, 2009**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-60696 |
| JENNIFER DAVIS HAGEN | CHAPTER 7 |
| Debtor | JUDGE CHARLES M. CALDWELL |
| | **ORDER GRANTING RELIEF FROM STAY** (Real property located at 270 Franklin Circle, Chillicothe, OH 45601) |

-----------------------------------------------------------------------------------------------------------

This matter came on to be considered on the Motion for Relief from Stay (the "Motion") filed by US Bank, NA (the "Movant") at Docket No. 12.

Movant has alleged that good cause exists for granting the Motion and that the Debtor, Counsel for Debtor(s), the Trustee, and all other necessary parties were served with this Motion. No party filed a response to the Motion.

Based on this, it appears appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED:

The Motion is granted and the automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns to proceed in state court as to its Collateral or to otherwise enforce its lien rights in the Collateral, known as 270 Franklin Circle, Chillicothe, OH 45601.

The provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply and the relief granted herein shall become effective immediately upon the entry of this Order.

**IT IS SO ORDERED.**

**SUBMITTED BY:**

LAURITO & LAURITO LLC

/s/ Erin M. Laurito
_____
Jeffrey V Laurito (0014652)
Erin M. Laurito (0075531)
35 Commercial Way
Springboro, Ohio 45066
Phone 937-743-4878
Fax 937-743-4877
Attorney for Movant
jsummers@lauritolaw.com

COPIES TO:

Default List

Cale W. Hagen, interested party, 270 Franklin Circle, Chillicothe, OH 45601
(served via US Mail)

MERS, interested party, PO Box 2026, Flint, MI 48501-2026
(served via US Mail)

###